# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: Deborah A. Bennett | ) | Case No. 19-10527 |
| | ) | Chapter 13 Proceedings |
| Debtor. | ) | Judge Jessica E. Price Smith |

## CHAPTER 13 TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO ADJOURN CONFIRMATION HEARING

Now comes **LAUREN A. HELBLING**, the duly appointed and qualified Standing Chapter 13 Trustee ("Trustee") herein, by and through counsel, and hereby responds to the Debtor's Motion to Adjourn Confirmation Hearing filed with this Court on April 18, 2019 (hereinafter "Debtor's Motion"). In support of her response, the Trustee makes the following representations to the Court:

1. As of the filing date of this objection, the Debtor is delinquent $1,232.00 through April 2019.

**WHEREFORE** your Trustee, being a proper party in interest, hereby moves this Honorable Court to deny the Debtor's Motion for the reasons cited.

Respectfully submitted,

/S/ Holly Davala
HOLLY DAVALA (#0070447)
Staff Attorney for Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
(216) 621-4268 Phone
(216) 621-4806 Fax
Ch13trustee@ch13cleve.com

# CERTIFICATE OF SERVICE

I certify that on April 22, 2019, a true and correct copy of Trustee's Objection was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Charles J. Van Ness, Attorney, on behalf of Debtor, at cjvlaw@prodigy.net

And by regular U.S. mail, postage prepaid, on:

    Deborah A. Bennett, Debtor at 14004 Saybrook Avenue, Cleveland, OH 44105

    /S/ Holly Davala
    HOLLY DAVALA (#0070447)
    Staff Attorney for Chapter 13 Trustee
    200 Public Square, Suite 3860
    Cleveland OH 44114-2321
    (216) 621-4268 Phone
    (216) 621-4806 Fax
    Ch13trustee@ch13cleve.com

HD/alh
4/22/19